UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 07-MJ-455 |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| NATHANIEL WELLS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

<u>Offenses charged</u>:

    Count 1: Social Security Fraud in violation of 42 U.S.C. § 408(a)(7)(B).

    Count 2: Aggravated Identity Theft in violation of 18 U.S.C. § 1028.

<u>Date of Detention Hearing</u>:   September 21, 2007.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds the following:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

(1)   Defendant has stipulated to detention, but reserves the right to contest his continued detention if there is a change in circumstances.

(2)   There are no conditions or combination of conditions other than detention that

01 | will reasonably assure the appearance of defendant as required, or address the issue of
02 | economic danger to the community.
03 |     IT IS THEREFORE ORDERED:
04 | (1) Defendant shall be detained pending trial and committed to the custody of the
05 | Attorney General for confinement in a correctional facility separate, to the
06 | extent practicable, from persons awaiting or serving sentences or being held in
07 | custody pending appeal;
08 | (2) Defendant shall be afforded reasonable opportunity for private consultation
09 | with counsel;
10 | (3) On order of a court of the United States or on request of an attorney for the
11 | government, the person in charge of the corrections facility in which defendant
12 | is confined shall deliver the defendant to a United States Marshal for the
13 | purpose of an appearance in connection with a court proceeding; and
14 | (4) The Clerk shall direct copies of this Order to counsel for the United States, to
15 | counsel for the defendant, to the United States Marshal, and to the United
16 | States Pretrial Services Officer.
17 | DATED this 21th day of September, 2007.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge